**UNITED STATES DISTRICT COURT**
**District of Maine**

| | |
|---|---|
| CAROL DAVIS,<br>        Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| | )    Civil No. 04-143-P-S |
| CUMBERLAND COUNTY, | )<br>) |
| Defendant | )<br>) |
| | )<br>) |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on June 6, 2005, his Recommended

Decision (Docket No. 52).  Defendant filed its Objection to the Recommended Decision (Docket No.

53) on July 5, 2005.  Plaintiff filed her objection (Docket No. 55) on July 5, 2005. Defendant filed

its Response to Objection (Docket No. 61) on August 5, 2005.  Plaintiff filed her Response to

Recommended Decision (public version – redacted) (Docket No. 63) on August 5, 2005.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together

with the entire record; I have made a de novo determination of all matters adjudicated by the

Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United

States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that

no further proceeding is necessary.

1.      It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is
        hereby AFFIRMED.

2.      Defendant's Motion for Summary Judgment (Docket No. 52)  is <u>GRANTED</u> on Counts V and VI, and those portions of Counts I and II that are based on allegations other than those supporting a claim that the defendant knew or should have known of sexually harassing actions by its non-supervisory employees that created a hostile work environment for the Plaintiff and failed to take prompt and appropriate remedial action, and otherwise <u>DENIED</u>.

<u>/s/ George Z. Singal</u>
Chief U.S. District Judge

Dated this 31st day of August, 2005.